BLOUNT *v.* BRINSON, administratrix.

GILBERT, J. This court ·has not jurisdiction of the case, and accordingly it is transferred to the Court of Appeals, which has jurisdiction. Civil Code (1910), § 6502.        *So ordered.    All the Justices concur.*

No. 8268.    APRIL 20, 1931.

*C. S. Claxton* and *H. T. Hicks,* for plaintiff in error.
*W. C. Brinson* and *J. L. Kent,* contra.